■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ALVAREZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered August 3 1989, convicting him of burglary in the second degree, possession of burglar's tools, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, reversal is not warranted in this case based on certain comments made by the prosecutor during summation. The prosecutor's remarks concerning the credibility of the People's witnesses were a fair response to the defense summation in which defense counsel accused them of lying *(see, People v DeMaio,* 154 AD2d 386; *People v Oakley,* 114 AD2d 473). Eiber, J. P., Rosenblatt, O'Brien and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD COLEMAN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldberg, J.), rendered September 25, 1989, convicting him of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly denied the defendant's request for a circumstantial evidence charge in connection with his possession with intent to sell the 100 vials of crack cocaine found on his person, since the defendant's physical possession of the drugs constituted direct evidence of his guilt *(see, People v Silva,* 69 NY2d 858; *People v Ford,* 66 NY2d 428, 441-442).

We have examined the defendant's remaining contentions and find them to be without merit. Thompson, J. P., Harwood, Lawrence and Miller, JJ., concur.